FILED
CLERK, U.S. DISTRICT COURT

NOV 22 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JAMES DAVID ROGERS,<br>  aka "Freddie Krueger,"<br>     "Freddie Kruger," and<br>     "Freddie,"<br><br>        Defendant. | CR No. 19CR00700-JAK<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 876(c): Mailing Threatening Communications; 18 U.S.C. § 875(c): Threats by Interstate Communications; 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5): Stalking] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 876(c)]

On or about June 15, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant JAMES DAVID ROGERS, also known as "Freddie Krueger," "Freddie Kruger," and "Freddie," knowingly and with intent to threaten, caused to be sent and delivered by the United States Postal Service according to the direction thereon, a communication addressed to VICTIM 1 that contained a threat to injure the persons of VICTIM 1 and VICTIM 2, that is, an envelope addressed to the true name of VICTIM 1 in Los

1  Angeles County, within the Central District of California, that

2  contained a hand-written letter with the following threats: "I have

3  finally found you my dearest whore.  I am going to take my revenge

4  upon you and your daughter [VICTIM 2].  There will be no place on

5  this earth that I can find you.  I am going to rape you.  I am going

6  to fuck you until your nose bleeds red blood.  I am going to put my

7  six inch dick in your tight Puerto Rican pussy.  I am going to bury

8  my face in your big bodacious titties.  I am going to put my mouth

9  onto your big round nipples and suckle them.  Then I am going to fuck

10  your beloved daughter [VICTIM 2].  I am going to get her pregnant.

11  [VICTIM 2]'s titties are going to be as huge as your titties.  Then I

12  am going to visit you and [VICTIM 2] and make both of you fuck each

13  other while I watch it.  My lord Satan has promised me that I will

14  take demonic possession of your body and your daughter's body for my

15  own sadistic pleasure.  I will see you soon my lovely whore.  Love,

16  Freddie Kruger"

17

18

19

20

21

22

23

24

25

26

27

28

1                             COUNT TWO

2                        [18 U.S.C. § 876(c)]

3        On or about January 10, 2019, in Los Angeles County, within the

4   Central District of California, and elsewhere, defendant JAMES DAVID

5   ROGERS, also known as "Freddie Krueger," "Freddie Kruger," and

6   "Freddie," knowingly and with intent to threaten, caused to be sent

7   and delivered by the United States Postal Service according to the

8   direction thereon, a communication addressed to VICTIM 2 that

9   contained a threat to injure the persons of VICTIM 2 and VICTIM 1,

10  that is, an envelope addressed to the true name of VICTIM 2 in Los

11  Angeles County, within the Central District of California, that

12  contained a hand-written letter with the following threats:  "My name

13  is Freddie Krueger.  Your mom knows who I am. . . .  The story was on

14  your local news.  Now I am going to stalk you.  I am going to make

15  you my sex slave.  I am going to fuck you until your nose bleeds.  I

16  am going to rape you and make you pregnant with our child.  Then I

17  will switch my mind into your body.  My master Satan will love what

18  we will do next in your body.  Then I will kill you and that bitch of

19  a mother you call [VICTIM 1].  Your ass is mine now Love, Freddie"

20

21

22

23

24

25

26

27

28

3

COUNT THREE

[18 U.S.C. § 875(c)]

On or about November 7, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant JAMES DAVID ROGERS, also known as "Freddie Krueger," "Freddie Kruger," and "Freddie," with the intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce the following recorded oral communication containing true threats to injure the person of another:

"Hello, I want to leave a message for [VICTIM 2].  This is the man who is gonna rape her, molest her, and kill her.  My name is Freddie Krueger.  Just let her know.  Thank you."

                            COUNT FOUR

                 [18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

     1.   Beginning no later than on or about March 2, 2007, and
continuing to no earlier than on or about June 16, 2015, in Los
Angeles County, within the Central District of California, and
elsewhere, defendant JAMES DAVID ROGERS, also known as "Freddie
Krueger," "Freddie Kruger," and "Freddie," with the intent to harass
and intimidate VICTIM 1, used the United States mail to engage in a
course of conduct, described in paragraph 2 below, that caused,
attempted to cause, and would reasonably be expected to cause
substantial emotional distress to VICTIM 1.

     2.   Defendant ROGERS's course of conduct included, among other
things, the following, all conducted in a manner designed to hide
defendant ROGERS's true identity from VICTIM 1:

          a.   In a letter postmarked on February 22, 2008, from
Youngstown, Ohio, addressed to VICTIM 1 in Los Angeles County, within
the Central District of California, defendant ROGERS stated the
following: "I am going to fucking stalk you until the day you die."

          b.   In a letter postmarked on February 28, 2008, from
Youngstown, Ohio, addressed to VICTIM 1 in Los Angeles County, within
the Central District of California, defendant ROGERS stated the
following: "I am enjoying stalking you.  I am going to instill fear
into every part of your life."

          c.   In a letter postmarked on March 18, 2008, from
Youngstown, Ohio, addressed to VICTIM 1 in Los Angeles County, within
the Central District of California, defendant ROGERS stated the
following:

1    i.    "I am going to fuck your life up so badly it will
2    never recover."

3    ii.    "Then I am going to make your daughter into a
4    little whore.  I am going to have men fuck her until her nose bleeds.
5    I am going to have men infect her with STD and HIV.  I am going to
6    enjoy destroying you and fucking little whore of daughter's life.
7    Goodbye Bitch."

8    d.    In a letter postmarked on June 13, 2008, from
9    Youngstown, Ohio, addressed to VICTIM 1 in Los Angeles County, within
10    the Central District of California, defendant ROGERS stated the
11    following:

12    i.    "It is my number 1 mission in life is to destroy
13    you.  I am coming after you."

14    ii.    "I am going to rape you and then proceed to kill
15    you."

16    e.    In a letter postmarked on April 9, 2009, from
17    Youngstown, Ohio, addressed to VICTIM 1 in Los Angeles County, within
18    the Central District of California, defendant ROGERS stated the
19    following: "my main mission in life is to stalk you rape you, and
20    terrify you.  I want to make your life so miserable that you can't
21    stand it."

22    f.    In a letter postmarked on July 13, 2009, from
23    Youngstown, Ohio, addressed to VICTIM 1 in Los Angeles County, within
24    the Central District of California, defendant ROGERS stated the
25    following:

26    i.    "I will wreak havoc on your world."

27

28

1              ii.   "You should take me seriously, [VICTIM 1].   I can

2    do a great deal of damage to you and your precious daughter [VICTIM

3    2]."

4              iii.  "I would think you would want to stop me for your

5    daughter's safety.   If I get ahold over her you will be destroyed.

6    You should be very scared of me."

7              iv.   "Your a great target for being raped.   I am

8    looking forward to rape and kill you."

9         g.   In a letter postmarked on November 1, 2011, from

10   Youngstown, Ohio, addressed to VICTIM 1 in Los Angeles County, within

11   the Central District of California, defendant ROGERS stated the

12   following:

13             i.   "I am back to stalk you."

14             ii.   "I am going to find out where you live and rape

15   you and your daughter.   Your husband will not be able to save you."

16             iii. "I dare you to come to Youngstown OHIO and find

17   me.   You are a weak and vulnalble woman who I am going to take

18   advantage of it.   My final word to you is Fuck you."

19        h.   In a letter postmarked on August 19, 2013, from

20   Cleveland, Ohio, addressed to VICTIM 1 in Los Angeles County, within

21   the Central District of California, defendant ROGERS stated the

22   following:

23             i.   "I still want to rape [VICTIM 2] and you until

24   your noses bleed."

25        i.   In a letter postmarked on June 15, 2015, from

26   Youngstown, Ohio, addressed to VICTIM 1 in Los Angeles County, within

27   the Central District of California, defendant ROGERS stated the

28   following:

7

i.   "I have finally found you my dearest whore.  I am going to take my revenge upon you and your daughter."

ii.   "There will be no place on this earth that I can find you.  I am going to rape you."

j.   In a letter postmarked on June 16, 2015, from Youngstown, Ohio, addressed to VICTIM 1 in Los Angeles County, within the Central District of California, defendant ROGERS stated the following:

i.   "I hear you are selling your house, great.  Will you be staying in the Woodland Hills area I will come out and visit you and [VICTIM 2]."

k.   In all, between on or about March 2, 2007, and on or about June 16, 2015, defendant ROGERS mailed approximately 37 envelopes to VICTIM 1.  Within the envelopes that defendant ROGERS mailed to VICTIM 1 were handwritten and typed letters containing threats to rape, kill, and otherwise injure the persons of VICTIM 1 and VICTIM 2.

COUNT FIVE

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

1.   Beginning on a date unknown, but no later than June 15, 2015, and continuing to an unknown date, but no earlier than on or about November 7, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant JAMES DAVID ROGERS, also known as "Freddie Krueger," "Freddie Kruger," and "Freddie," with the intent to harass and intimidate VICTIM 2, used the mail, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, the United States mail and an interstate telephonic communication, to engage in a course of conduct, described in paragraph 2 below, that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to VICTIM 2.

2.   Defendant ROGERS's course of conduct included, among other things, the following, all conducted in a manner designed to hide defendant ROGERS's true identity from VICTIM 2:

a.   In a letter postmarked on June 15, 2015, from Cleveland, Ohio, addressed to VICTIM 2 in Los Angeles County, within the Central District of California, defendant ROGERS stated the following:

i.   "I am the man who has been stalking for last 7 years.  Now I have set my eye on you too."

ii.   "I want to put my 6 inch dick in to your teenage pussy."

b.   In a letter postmarked on June 16, 2015, from Cleveland, Ohio, addressed to VICTIM 2 in Los Angeles County, within

the Central District of California, defendant ROGERS stated the following:

      c.   "You look so beautiful in your pictures on google. Are you ready to be the mother of my child."

      d.   "I will enjoy popping your cherry.  Satan has great plans for your body."

      e.   "I will be looking forward to visiting you and your mother in California."

      f.   In a letter postmarked on March 30, 2018, from Cleveland, Ohio, addressed to VICTIM 2 in Los Angeles County, within the Central District of California, defendant ROGERS stated the following: "I am writing to let you know that I am going to rape you."

      g.   In a letter postmarked on January 10, 2019, from Cleveland, Ohio, addressed to VICTIM 2 in Los Angeles County, within the Central District of California, defendant ROGERS stated the following:

      i.   "I will kill you and the bitch of a mother you call [VICTIM 1]."

      ii.   "Now I am going to stalk you."

      h.   In all, between on or about February 5, 2008, and on or about January 10, 2019, defendant ROGERS mailed approximately five envelopes to VICTIM 2.  The envelopes contained handwritten letters with threats to rape, kill, and otherwise injure the person of VICTIM 2.

      i.   Between on or about October 23, 2019, and on or about November 11, 2019, defendant ROGERS called VICTIM 2's school, in Los Angeles County, within the Central District of California,

approximately eighteen times.  On at least three of the telephone calls, defendant ROGERS spoke with a school employee, claimed to be VICTIM 2's father, and asked if VICTIM 2 was present.

        j.   On or about November 7, 2019, defendant ROGERS placed a telephone call from the Columbus area of Ohio, to VICTIM 2's school, and left the following voicemail:

        i.   "Hello, I want to leave a message for [VICTIM 2]. This is the man who is gonna rape her, molest her, and kill her.  My name is Freddie Kreuger.  Just let her know.  Thank you."

A TRUE BILL

/s/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

AMY E. POMERANTZ
SARA B. MILSTEIN
Assistant United States Attorneys
Violent and Organized Crime
Section