**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | | Western Division |
|---|---|---|
| | Plaintiff, | |
| vs. | | Case Number: **2:19-CR-00700-JAK-1**  Indictment |
| | | Initial App. Date: **12/13/2019**  Bond |
| James David Rogers | | Initial App. Time: **11:00AM** |
| | Defendant. | Date Filed: **11/22/2019** |
| | | Violation: **18:876(c), 18:875(c), 18:2261A(2)(B), 2261(b)(5)** |
| | | CourtSmart/ Reporter: _CS 12/13/19_ |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: **Frederick F. Mumm** | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:**  Munoz II, James R.        _Amy Pomerantz_        None
　　　　　　　_Deputy Clerk_　　　_Assistant U.S. Attorney_　　_Interpreter/Language_

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
　☐ preliminary hearing OR ☐ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are
　directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: **David Sutton**, DFPD ☐ Appointed ☒ Prev. Appointed ☐ Poss. Contribution (see separate order)
　☐ Special appearance by: _____.
☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☒ BAIL FIXED AT $ _Personal Recognizance_ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for
　the setting of all further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for
　District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
　☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
　☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
　☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
　Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
　Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☒ Other: _Deft appearing by video from Ohio. Arraignment held, see PIA minutes._
　　☐ PSA ☐ USPO　　　　☐ FINANCIAL　　　　☐ READY
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk Initials _/JS_

| M-5 (10/13) | CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE | Page 1 of 1 |
|---|---|---|

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. _James David Rogers_  **Case No.** _CR19-700 JAK_

☒ Defendant  ☐ Material Witness

**Violation of Title and Section:** _18 USC 876(c); 875(c); 2261A(2)(B); 2261(b)(5)_

☐ Summons  ☐ Out of District  ☐ UNDER SEAL  ☐ Modified Date: _____

Check **only** one of the five numbered boxes below (unless one bond is to be replaced by another):

1. ☒ Personal Recognizance (*Signature Only*)
   _Subject to the Terms and Conditions previously imposed by the S.D. Ohio._
   
   ☐ Appearance Bond $ _____
   
   (a). ☐ Cash Deposit (*Amount or %*) (*Form CR-7*)
   
   (b). ☐ Affidavit of Surety Without Justification (*Form CR-4*) Signed by:

(c). ☐ Affidavit of Surety With Justification (*Form CR-3*) Signed by: _____

☐ With Full Deeding of Property: _____

4. ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*): $ _____

5. ☐ Corporate Surety Bond in the Amount of: $ _____

Release No.* _Previously released by S.D. Ohio - appear by video_

☐ Release to Pretrial ONLY
☐ Release to Probation ONLY
☐ Forthwith Release

☐ All Conditions of Bond (*Except Clearing-Warrants Condition*) Must be Met and Posted by: _____

☐ Third-Party Custody Affidavit (*Form CR-31*)

☒ Bail Fixed by Court: _FFM_ / _JM_
(Judge / Clerk's Initials)

## PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142(g)(4).

☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☒ Submit to: ☒ Pretrial Services Agency (PSA) supervision as directed by PSA; ☐ Probation (USPO) supervision as directed by USPO.
(*The agency indicated above, PSA or USPO, will be referred to below as "Supervising Agency."*)

☒ Surrender all passports and travel documents to Supervising Agency no later than _____, sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

☒ Travel is restricted to _S.D. Ohio_ unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel.

☒ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

☐ Maintain or actively seek employment and provide proof to Supervising Agency. ☐ Employment to be approved by Supervising Agency.

☐ Maintain or begin an educational program and provide proof to Supervising Agency.

Defendant's Initials: _X_  Date: _X_

CR-1 (05/19)  CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM  PAGE 1 OF 4

Case Name: United States of America v. _James David Rogers_ Case No. _CR19-700_

☒ Defendant ☐ Material Witness

☒ Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution, ☒ including but not limited to _Victim's family and any representative of the victim_ ; ☐ except _____.

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may contact the following codefendants without your counsel present: _____

☒ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining permission from the Court, except _____.

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.

☐ Participate in the electronic remote alcohol monitoring program as directed by Supervising Agency and abide by all the rules and requirements of the program. You must pay all or part of the costs for treatment based upon your ability to pay as determined by Supervising Agency.

☐ Do not use or possess illegal drugs or state-authorized marijuana. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☐ Submit to: ☐ drug and/or ☐ alcohol testing. If directed to do so, participate in outpatient treatment approved by Supervising Agency. You must pay all or part of the costs for testing and treatment based upon your ability to pay as determined by Supervising Agency.

☐ Participate in residential ☐ drug and/or ☐ alcohol treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ Release to PSA only ☐ Release to USPO only

☒ Submit to a mental health evaluation. If directed to do so, participate in mental health counseling and/or treatment approved by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

☒ Participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of Supervising Agency, which ☒ will or ☐ will not include a location monitoring bracelet. You must pay all or part of the costs of the program based upon your ability to pay as determined by Supervising Agency. You must be financially responsible for any lost or damaged equipment.

☐ Location monitoring only - no residential restrictions;

-or-

☒ You are restricted to your residence every day:

☐ from _____ ☐ a.m. ☐ p.m. to _____ ☐ a.m. ☐ p.m.

☒ as directed by Supervising Agency;

-or-

Defendant's Initials: _X_ Date: _X_

Case Name: United States of America v. _James David Rogers_   Case No. _CR 19-700_
[X] Defendant   [ ] Material Witness

[ ] You are restricted to your residence at all times except for medical needs or treatment, attorney visits, court appearances, and _____, all of which must be preapproved by Supervising Agency;

[ ] Release to PSA only   [ ] Release to USPO only

[ ] You are placed in the third-party custody (*Form CR-31*) of _____.

[ ] Clear outstanding [ ] warrants or [ ] DMV and traffic violations and provide proof to Supervising Agency within ____ days of release from custody.

[ ] Do not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except as approved by Supervising Agency.   [ ] In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

[ ] Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person who is less than the age of 18 except in the presence of a parent or legal guardian of the minor.

[ ] Do not loiter or be found within 100 feet of any schoolyard, park, playground, arcade, or other place primarily used by children under the age of 18.

[ ] Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

[ ] Do not view or possess child pornography or child erotica.   [ ] In order to determine compliance, you agree to submit to a search of your person and/or property, including computer hardware and software, by Supervising Agency in conjunction with the U.S. Marshal.

[X] Other conditions:
_Previously set bonds from SD Ohio attached_
_____
_____
_____
_____

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform my counsel of any change in my contact information, including my residence address and telephone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: _X_   Date: _X_

Case Name: United States of America v. James David Rogers         Case No. CR19-700

☑ Defendant   ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs.** Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.

X_____    X_____    X_____
Date                   Signature of Defendant / Material Witness    Telephone Number

X_____
City and State **(DO NOT INCLUDE ZIP CODE)**

☐ **Check if interpreter is used**: I have interpreted into the _____ language this entire form and have been told by the defendant that he or she understands all of it.

_____                _____
Interpreter's Signature                           Date

Approved: _____     _____
          *United States District Judge / Magistrate Judge*      Date

If cash deposited: Receipt # _____    for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: X    Date: X

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio
Eastern Division At Columbus

United States of America )
v. )
) Case No. 2:19-mj-878
James David Rogers )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release be subject to the following conditions:

(1) The defendant must not violate any federal, state, or local law while on release.

(2) The defendant must report immediately to the Pretrial Services Officer every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(3) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(4) The defendant must immediately advise the court and defense counsel in writing before making any change of residence or telephone number.

(5) The defendant must appear in court as required and must surrender as directed to serve any sentence imposed.

   The defendant must appear at *(if blank, to be notified)* _____
   *Place*

   on _____
   *Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✓ ) (6) The defendant promise to appear in court as required and surrender to serve any sentence imposed.

(   ) (7) The defendant execute an unsecured bond binding the defendant to pay to the United States the sum of _____ dollars ($ _____ )
in the event of a failure to appear as required or surrender to serve any sentence imposed.

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community,
IT IS FURTHER ORDERED that the defendant's release be subject to the conditions marked below:

( ) (8)  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is organization)* _____

City and State _____ Tel. No. *(only if above is an organization)* _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____    _____
*Custodian or Proxy*                      Date

(✓) (9)  The defendant must:

(✓) (a)  submit to supervision and report for supervision to the  Pretrial Services  , telephone number  614-719-3070  , ~~no later than~~  as directed  .

( ) (b)  execute a bond or an agreement to forfeit upon failing to appear as required the following sum money or designated property: _____

( ) (c)  post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum _____ .

( ) (d)  execute a bail bond with solvent sureties in the amount of $ _____ .

( ) (e)  continue or actively seek employment.

( ) (f)  continue or start an education program.

( ) (g)  surrender any passport to: _____

( ) (h)  not obtain a passport or other international travel document.

(✓) (i)  abide by the following restrictions on personal association, residence, or travel:
Reside at an address approved by Pretrial Services; travel restricted to the SD of OH.

(✓) (j)  avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to:
The victim's family and or any representation of the victim

( ) (k)  get medical or psychiatric treatment: _____

( ) (l)  return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s):
_____

( ) (m)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

(✓) (n)  not possess a firearm, destructive device, or other dangerous weapons. All firearms in the home in which the defendant resides to be removed and verification by the defendant provided to the Pretrial Services Officer.

( ) (o)  not use alcohol ( ) at all ( ) excessively.

( ) (p)  not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ) (q)  submit to testing for a prohibited substance if required by the Pretrial Services Office or the supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance screening or testing.

## ADDITIONAL CONDITIONS OF RELEASE

( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services Office or supervising officer.
( ✓ ) (s) participate in mental health treatment as directed by the Pretrial Services Officer.
( ) (t) participate in specialized treatment for pretrial defendants charged with a sex offense, as directed by the Pretrial Services Officer.
( ✓ ) (u) participate in one of the following location restriction programs and abide by all the requirements of the program which will include ( )electronic monitoring or ( ✓ ) global positioning satellite (gps) or ( ) voice recognition monitoring. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the Pretrial Services Officer.
  ( ✓ ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ ,or ( ✓ ) as directed by pretrial services office or supervising officer; or
  ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Office or supervising officer; or
  ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.
( ) (v) **Computer Monitoring.** You are subject to the following computer/internet restrictions, which may include manual inspection, and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the Pretrial Services Officer.
  ( ) (i) **No Computers-** defendant is prohibited from possession and/or use of computers or connected devices.
  ( ) (ii) **Computer- No Internet Access-** defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.).
  ( ) (iii) **Computer With Internet Access-** defendant is permitted use of computers or connected devices, and is permitted access to the Internet (World Wide web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services ( ) at home ( ) for employment purposes.
  ( ) (iv) **Consent of Other Residents-** by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.
( ) (w) No contact with minors unless in the presence of a parent or guardian, approved by Pretrial Services, who is aware of the instant offense.
( ) (x) _____
( ) (y) _____
( ) (z) _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court which could result in imprisonment, a fine, or both.

While on release, if you commit a federal offense, you will receive an additional consecutive prison term of not more than ten years if the offense is a felony and not more than a year if the offense is a misdemeanor

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_James Davidson_
*Defendant's Signature*

47 Woodsedge Circle
*Address*

Heath Ohio 43056
*City and State*

740 291 0863
*Telephone Number*

## Directions to the United States Marshal

( ) The defendant is ORDERED released after processing.
(✓) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 11-14-19

_Judicial Officer's Signature_

Chelsey M. Vascura, United States Magistrate Judge
_Printed name and title_

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio
Eastern　　Division At　　Columbus

| United States of America | ) | |
| v. | ) | |
|  | ) | Case No.   2:19-mj-929 |
| James David Rogers | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release be subject to the following conditions:

(1) The defendant must not violate any federal, state, or local law while on release.

(2) The defendant must report immediately to the Pretrial Services Officer every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(3) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(4) The defendant must immediately advise the court and defense counsel in writing before making any change of residence or telephone number.

(5) The defendant must appear in court as required and must surrender as directed to serve any sentence imposed.

　　The defendant must appear at *(if blank, to be notified)* _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Place*

on _____
　　　　　　　　*Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✓ )　(6) The defendant promise to appear in court as required and surrender to serve any sentence imposed.

(   )　(7) The defendant execute an unsecured bond binding the defendant to pay to the United States the sum of _____ dollars ($ _____ ) in the event of a failure to appear as required or surrender to serve any sentence imposed.

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community,
IT IS FURTHER ORDERED that the defendant's release be subject to the conditions marked below:

( ) (8) The defendant is placed in the custody of:

Person or organization _____
Address *(only if above is organization)* _____
City and State _____ Tel. No. *(only if above is an organization)* _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____   _____
*Custodian or Proxy*                          *Date*

(✓) (9) The defendant must:
  (✓) (a) submit to supervision and report for supervision to the Pretrial Services, telephone number 614-719-3070, ~~no later than~~ as directed.
  ( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum money or designated property: _____
  ( ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum _____.
  ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____.
  ( ) (e) continue or actively seek employment.
  ( ) (f) continue or start an education program.
  ( ) (g) surrender any passport to: _____
  ( ) (h) not obtain a passport or other international travel document.
  (✓) (i) abide by the following restrictions on personal association, residence, or travel:
    Reside at an address approved by Pretrial Services; travel restricted to the SD of OH.
  (✓) (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to:
    The victim's family and or any representation of the victim
  ( ) (k) get medical or psychiatric treatment: _____
  ( ) (l) return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s): _____
  ( ) (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  (✓) (n) not possess a firearm, destructive device, or other dangerous weapons. All firearms in the home in which the defendant resides to be removed and verification by the defendant provided to the Pretrial Services Officer.
  ( ) (o) not use alcohol ( ) at all ( ) excessively.
  ( ) (p) not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ) (q) submit to testing for a prohibited substance if required by the Pretrial Services Office or the supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance screening or testing.

## ADDITIONAL CONDITIONS OF RELEASE

( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services Office or supervising officer.
( ✓ ) (s) participate in mental health treatment as directed by the Pretrial Services Officer.
( ) (t) participate in specialized treatment for pretrial defendants charged with a sex offense, as directed by the Pretrial Services Officer.
( ✓ ) (u) participate in one of the following location restriction programs and abide by all the requirements of the program which will include ( )electronic monitoring or (✓) global positioning satellite (gps) or ( ) voice recognition monitoring. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the Pretrial Services Officer.
  ( ✓ ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ✓ ) as directed by pretrial services office or supervising officer; or
  ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Office or supervising officer; or
  ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.
( ) (v) **Computer Monitoring.** You are subject to the following computer/internet restrictions, which may include manual inspection, and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the Pretrial Services Officer.
  ( ) (i) **No Computers-** defendant is prohibited from possession and/or use of computers or connected devices.
  ( ) (ii) **Computer- No Internet Access-** defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.).
  ( ) (iii) **Computer With Internet Access-** defendant is permitted use of computers or connected devices, and is permitted access to the Internet (World Wide web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services ( ) at home ( ) for employment purposes.
  ( ) (iv) **Consent of Other Residents-** by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.
( ) (w) No contact with minors unless in the presence of a parent or guardian, approved by Pretrial Services, who is aware of the instant offense.
( ) (x) _____
( ) (y) _____
( ) (z) _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court which could result in imprisonment, a fine, or both.

While on release, if you commit a federal offense, you will receive an additional consecutive prison term of not more than ten years if the offense is a felony and not more than a year if the offense is a misdemeanor

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_James D Rogers_
*Defendant's Signature*

47 Woodsedge Circle
*Address*

Heath Ohio
*City and State*

740 281 0863
*Telephone Number*

## Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 11-26-19

_____
*Judicial Officer's Signature*

Chelsey M. Vascura, United States Magistrate Judge
*Printed name and title*