UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR19-00700 JAK | | Date | April 7, 2022 |
|---|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|
| Interpreter | |

| T. Jackson-Terrell | Suzanne McKennon | Sara Milstein (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| James David Rogers (video) | | X | X | Waseem Salahi, DFPD (video) | | X | X |

**Proceedings:** PLEA HEARING

The hearing is held. Upon agreement of Defendant and counsel, the hearing is held by zoom webinar. Defendant and counsel all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court and counsel confer. The Court advises the defendant of his Constitutional rights and questions the defendant regarding the plea of guilty. The Court finds there is an independent factual basis for the plea and further finds the plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights. However, the plea process is not completed due to issues as to whether a probationary sentence or, in the alternative, one for home confinement would be available. In light of this issue, prior to the colloquy as to the factual basis, the Court states that if the Defendant elects not to proceed with the plea, his statements as to the factual basis will be inadmissible in both any trial in this action, or in any civil proceedings that may arise from the matters that are stated in the factual basis.

The Court continues the plea hearing to April 28, 2022, at 10:30 a.m., to allow counsel to confer further on the issues of sentencing, and for Defendant's counsel to confer with him on those matters. The precise time of the hearing may change upon the issuance of the final calendar for that date. On or before April 21, 2022, counsel shall file a joint report stating whether the Defendant will proceed to enter a plea of guilty. If the Defendant elects not to do so, the joint report shall propose trial dates that can then be discussed on April 28, 2022 at a status conference.

The trial date, which is currently set for April 19, 2022, is VACATED. The trial is reset for May 17, 2022, at 9:00 a.m. With the consent of Defendant's counsel, the Court takes an oral waiver from Defendant as to his speedy trial rights. The Court has a colloquy with Defendant as to his speedy trial tights and then accepts Defendant's oral waiver. The time period between April 21, 2022 to May 17, 2022 is excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. Counsel for the parties shall prepare a written stipulation and proposed order as to the waiver and the continuance of the trial date no later than April 12, 2022.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

**IT IS SO ORDERED.**

|  | : | 44 |

Initials of Deputy Clerk   TJ

cc: USPO