# EXHIBIT A



Dearest [Victim 1]

How is my big titties whore doing?
Did you have a nice Matters Day it may
be your last. I have been thinking how
I am going to rape and kill you and your
daughter Kayla. I wont to fuck you up
So bad it makes my mouth water.
I wont cream about putting my face
into your very big titties and putting my
mouth onto those perfectly round nipples
of yours. I wont to put my dick up your
pussy and fuck you until your nose bleeds
red blood. I dream about you all the time.
You are the only one I wont to do it with.
When will you come to Ohio and see me.
Maybe I must go see you in Los Angeles.
I wont to hear you moan when we fuck
each other. I garrentee to put a smile
on your face. Is your pussy tight and
firm? I hope it is. I'll talk to you
soon my pretty whore
                        Love
                        Freddie

# EXHIBIT B

Dear [Victim 1]

How is my favorite bitch doing? I am looking forward to fucking you. I want to put my lips on to your nipples of those big titties of yours. I want to fuck you so badly my balls ache. I want to fuck you until your nose bleeds. I have wet dreams about me fucking you and your precious daughter. I also dream about your big nasty bodacious titties and how I will put my face into your titties and put my mouth onto your nipples and suck them dry of your milk. I hear you know Tae Kwon Do, I am not impressed very much. Once I fuck you and your daughter then I will kill you both and chopped your bodies into small peices. I am going to enjoy killing you I hate you and I will destroy you. I want you to die bitch a most horrible death. Before you die I want you to watch how I will rape and kill what you treasure the most your daughter. You are a fucking bitch and must die.

Love.
Freddie

Pleas come and find me if you can.

# EXHIBIT C



Dear [Victim 1]

You facking kunt. You are
a whore and that is all you
will ever be. in your miserable life.
My mission in life is to destroy
you. I am going to fucking rape
you and then I am going to kill
you. I am going to kill your boyfriend
[Victim 1's partner]. But before I kill you.
I am going to put my six inch dick
in to your tight pussy. I am going
to fuck you until your nose bleeds
red blood. Then I am going to fuck
your daughter [Victim 2]
I am going to bury my face in to your
big bodacious titties.

I am going to put my mouth onto your big round nipples and suck all your milk out. Is your pussy tighter or is it a rotten crotch. Why don't you go on to CNN News for help in finding out who I am. or your friend Kelly Rippa will help you find me. I will come out and confess only to you [Victim 1] may be you can tell me when and where to meet you and I will show up. maybe I'll meet you on the Regis and Kelly Show in New York. Pleys let me know through the media.



maybe if we meet I dont hurt
your boyfriend and daughter
I'll see you soon
        Love
        Freddie

# EXHIBIT D

Dearest [Victim 1]

How is my big titty bh la day?

I am so looking forward to take

demonic possession of your beautiful

body and make your body mine

I fantasize about what I am going

to do with your body. You look so

good in your sexy revealing dresses.

you like to show off your big leather

bodacious titties. I can see your

big round nipples. I looking forward

to see how many men I can fuck

while I am in your body. I can

imagine how firm those titties are.

ROGERS_000741

Th[...] and [...]

[...] a [...]ess. There

[...] no one to help you. Be

prepared to serve your new master.

He is a demanding master. After I

am through with you I will concentrate

my efforts on your daughter [Victim 2]

She will make a perfect servant for

Satan. I am looking forward

to taking possession of your body.

I am enjoying talking you. I am

going to instill fear into every part

of your life

ROGERS_000742

I want to destroy you totally.

I'll see you soon.

Love you
Freddi

# EXHIBIT E

Dear [Victim 1]

Hello, how is my big bodacious titty whore doing? I am back to stalk you. I want to bury my face into your big bodacious titties. I am going to find out where you live and rape you and your daughter. Your husband will not be able to save you. I am going to fuck you until your nose bleeds. I am going to put my six inch dick into your tight puerto Rican pussy. My Master Satan has great plans for your beautiful body once I possess it. I have wild fantasies in your body. I dare you come to Youngstown Ohio and find me. You are a weak and Vunable woman who I am going to take advantage of it. My final word to you is Fuck you.

Love
Freddie

# EXHIBIT F

Dear [Victim 1]

How is my big bodacious titty whore doing? I am so looking forward to fucking you until your nose bleeds red blood. My main mission in life is to stalk you, rape you, and to terrify you. I want to make your life so miserable that you can't stand it. I want to put my six inch dick into your tight pretty clean pussy. I want to smell your kunt. I want to bury my face into your big bodacious titties. I want to put my mouth on your big round nipples and suckle

Then _____ proceed to fuck your [Victim 2] _____ _____ looking daughter. _____ _____ cherry. _____ _____ pussy I'll _____ _____ moonwind _____ for _____ fuck her sex. Then I'll proceed to take _____ _____ of your beautiful bodacious body. I'll make _____ _____ you can only dream about it _____ _____ take such great pleasure in possessing your body. My master will _____ _____ you and me _____ _____ such _____ _____ hard to _____ _____ _____ talk to you soon.

Love

Deidre