# EXHIBIT G

Dear [Victim 1]

How is my big titty whore doing? I am looking forward to fucking you until your nose bleeds. How do you feel about being dumped by your fiancee. How does he feel about you being stalked. I am looking forward to meeting you in person. I want to bury my face into your big bodacious titties. I want to put my lips onto your big round nipples and I want to suck all your breast milk from your titties. I want to take demonic possession of your beautiful body.

With my evil consciousness in your beautiful body, I will wreak havoc on your world. I can do so many glorious things with your body. I can destroy your friends' marriages by having affairs with their husbands. I can pass STD's to my sexual partners without telling them. The possibilities are endless on what I can do with body and my evil consciousness controlling it. You should take me seriously, [Victim 1]. I can do a great deal of damage to you and your precious daughter [Victim 2]

I would think you would want to stop me for your daughter safety. If I get a hold over her you will be destroyed. You should be very scared of me. I want you to go on Live with Regis and Kelly to try to get ahold of me. You might not admit it to me but I am the person who destroyed your relationship with [Victim 1's partner]. He does not deserve you. You are a cheap $10.00 dirty Porto Rican whore. It is shameful how parade your body with Low cut dresses in Public

your a great target for being raped. I am looking forward to rape and kill you.
I will talk to you soon

Love
Freddie

ROGERS_000832

# EXHIBIT H

My Dearest [Victim 1]

I have finally found you my dearest whore. I am going to take my revenge upon you and your daughter [Victim 2]. There will be no place on this earth that I can find you. I am going to rape you. I am going to fuck you until your nose bleeds red blood. I am going to put my six inch dick into your tight Puerto Rican pussy. I am going to bury my face into your big bodacious titties. I am going to put my mouth onto your big round nipples and suckle them. Then I am going to fuck your beloved daughter [Victim 2]. I am going to get her pregnant. [Victim 2] titties are going to be as huge as your titties. Then I am going to visit you and [Victim 2] and make both of you fuck each other while I watch it. My lord Satan has promised me that I will take demonic possession of your body and your daughter's body for my own sadistic pleasure. I will see you soon my lovely whore.
        Love
        Freddie Kruger

# EXHIBIT I

Dear [Victim 2]

My name is Freddie Krueger. Your mom knows who I am. I am the stalker who forced her out of her house 10 years ago. The story was on your local news. Now I am going to stalk you. I am going to make you my sex slave. I am going to fuck you until your nose bleeds. I am going to rape you and make you pregnant with our child. Then I will switch my mind into your body. My master satan will love what we will do next in your body. Then I will kill you and the bitch of a mother you call [Victim 1] Your ass is mine now

Love
Freddie

ROGERS_000624