CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
WASEEM SALAHI (Bar No. 325362)
waseem_salahi@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
(213) 894-2854
(213) 894-0081 FAX

Attorneys for Defendant
JAMES DAVID ROGERS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES DAVID ROGERS.<br><br>　　　　　　Defendant. | No. 2:19-CR-00700-JAK<br><br>**EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

James David Rogers, through counsel, applies to this Court for an order that the following pleadings, lodged herewith, be filed under seal:

1. Defendant's Position Regarding Sentencing;
2. Exhibit 1, Psychiatric Report; and
3. Exhibit 2, Defendant's Sentencing Video.

This request is based on the attached declaration of counsel.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　CUAUHTÉMOC ORTEGA
　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: August 25, 2022　　　　By /s/ *Waseem Salahi*
　　　　　　　　　　　　　　　　　WASEEM SALAHI
　　　　　　　　　　　　　　　　　Deputy Federal Public Defender

1

## DECLARATION OF COUNSEL

I, Waseem Salahi, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. I represent James David Rogers in this matter.

2. I respectfully request leave to file the above-named materials under seal. The sentencing memorandum contains private psychiatric, medical, and other sensitive information. Exhibit 1 is a psychiatric evaluation of Rogers, which contains private medical information. Exhibit 2, the sentencing video, references the victims' names.

3. On August 25, 2022, I contacted Assistant United States Attorney Sara Milstein about this request. She informed me that the government does not oppose this request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2022, at Los Angeles, California.

                                                */s/ Waseem Salahi*
                                                WASEEM SALAHI